UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                      Civil No. 07-cv-97-SM

<u>Stephen M. Price</u>

## ORDER OF RECUSAL

Defendant's counsel is on my recusal list, therefore, I am recusing myself from presiding over this case.

**SO ORDERED.**

*[signature]*
Steven J. McAuliffe
Chief Judge

June 21, 2007

cc:  Wendy J. Kisch, Esq.
     Wilbur A. Glahn, III, Esq.