```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                                   Civil No. 07-cv-97-SM

**Stephen M. Price**

### O R D E R

I recuse myself from this case as Attorney Wilber Glahn is on my recusal list.

SO ORDERED.

                                                     /s/Paul Barbadoro
                                                     Paul Barbadoro
                                                     United States District Judge

June 22, 2007

cc:  Wendy Kisch, AUSA
     Wilbur Glahn, III, Esq.