**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**


United States of America

    v.                                 Civil No. 07-cv-97-SM

Stephen M. Price

### **ORDER OF RECUSAL**

    I hereby recuse myself from this case as Attorney Wilbur Glahn is on my recusal list.

    **SO ORDERED.**


_____
James R. Muirhead
United States Magistrate Judge

Date: June 25, 2007

cc:  Wendy J. Kisch, AUSA
      Wilbur A. Glahn, III, Esq.